UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | No. 1:19-cv-00684-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff John Thomas is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2020, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for preliminary injunction be denied. (Doc. No. 11.) The undersigned adopted those findings and recommendations on April 3, 2020. (Doc. No. 12.) On May 7, 2020, the order adopting the findings and recommendations that had been served to plaintiff's mailing address of record were returned as "Undeliverable, Return to Sender."[1]

---

[1] Local Rule 183(b) provides that

> [a] party appearing *in propria persona* shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court

1

Consequently, on July 20, 2020, the magistrate judge issued findings and recommendations recommending dismissal of this action, without prejudice, due to plaintiff's failure to prosecute. (Doc. No. 13.) Those findings and recommendations were also served on plaintiff and were again returned as "Undeliverable, Return to Sender." The findings and recommendations contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) No objections have been filed to the July 20, 2020 findings and recommendations, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 20, 2020 (Doc. No. 13) are adopted in full;

2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **August 28, 2020**    /s/ Dale A. Drozd
                                UNITED STATES DISTRICT JUDGE

---

and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

The court notes that it has been over sixty-three days since the findings and recommendations were returned on May 7, 2020, and plaintiff has not notified the court of a change of his address of record as is required.

2